(September 27, 1961)

S. Z. B. Corporation, Appellant, v. Jacob Ruth et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.